UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ENERGY TRANSFER PARTNERS L.P. SHAREHOLDER LITIGATION ) ) ) ) This Document Relates To: ) ) ALL ACTIONS ) ) | Civil Action No. 1:17-cv-00044-CCC<br><br>(Consolidated)<br><br>CLASS ACTION |

**NOTICE OF VOLUNTARY DISMISSAL**

MARGOLIS EDELSTEIN
HERBERT MONDROS
300 Delaware Avenue, Suite 800
Wilmington, DE 19801
Telephone: 302/888-1112
302/888-1119 (fax)

ROBBINS GELLER RUDMAN
 & DOWD LLP
DAVID T. WISSBROECKER
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC
PERETZ BRONSTEIN
SHIMON YIFTACH
YITZCHAK E. SOLOVEICHIK
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: 212/697-6484
212/697-7296 (fax)

Lead Counsel for Plaintiff

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiffs Michael Gregory, Dana Alexander, and Robert Casebier ("Plaintiffs"), by and through their undersigned counsel, voluntarily dismiss the above-captioned case without prejudice. This notice is appropriate under Rule 41(a)(1)(A)(i) as defendants have not filed an answer or a motion for summary judgment, a class was not certified, and Plaintiffs have not previously dismissed an action based on or including the same claims as presented in this instant action.

DATED: November 21, 2017

MARGOLIS EDELSTEIN
HERBERT MONDROS

s/ HERBERT MONDROS
HERBERT MONDROS

300 Delaware Avenue, Suite 800
Wilmington, DE 19801
Telephone: 302/888-1112
302/888-1119 (fax)|
hmondros@margolisedelstein.com

Local Counsel

ROBBINS GELLER RUDMAN
 & DOWD LLP
DAVID T. WISSBROECKER
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

BRONSTEIN, GEWIRTZ & GROSSMAN,
 LLC
PERETZ BRONSTEIN
SHIMON YIFTACH
YITZCHAK E. SOLOVEICHIK
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: 212/697-6484
212/697-7296 (fax)

Lead Counsel for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

  s/ HERBERT MONDROS
HERBERT MONDROS

MARGOLIS EDELSTEIN
300 Delaware Avenue, Suite 800
Wilmington, DE  19801
Telephone:  302/888-1112
302/888-1119 (fax)

E-mail:  hmondros@margolisedelstein.com